1
2
3

8  IN THE UNITED STATES DISTRICT COURT

9  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  SOLOMON FARR,                              No.  MISC.S-04-0306 GEB DAD PS

12          Plaintiff,                         2:05-CV 00847 GEB DAD PS

13      v.                                     ORDER GRANTING REQUEST TO
                                               PROCEED IN FORMA PAUPERIS,
                                               DIRECTING CLERK TO SEND MATERIALS
14  CITY OF FAIRFIELD, et al.,                 FOR SERVICE, AND REQUIRING SERVICE
                                               BY UNITED STATES MARSHAL
15          Defendants.

16  _____/

17          This proceeding was referred to the undersigned by Local

18  Rule 72-302(c)(21).  Plaintiff has filed this action pursuant to 42

19  U.S.C. § 1983.  Plaintiff's complaint alleges § 1983 and state law

20  claims arising out of a traffic stop during which plaintiff alleges

21  City of Fairfield police officers used excessive force.

22          Plaintiff has requested leave to proceed in forma pauperis

23  under 28 U.S.C. § 1915.  Plaintiff has submitted the affidavit

24  required by § 1915(a) showing that plaintiff is unable to prepay fees

25  and costs or give security for them.

26  /////

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's request to proceed in forma pauperis is granted.

2. The Clerk of the Court is directed to file plaintiff's complaint and open this matter as a civil action, to be referred to hereafter by the case number stamped on page one of this order.

3. The Clerk of the Court is directed to issue process and to send plaintiff an instruction sheet for United States Marshal service of process, along with a USM-285 form and a summons form for the six defendants for which service is authorized.

4. Plaintiff shall follow the instructions, submitting the completed materials for service and a copy of this order directing service to the United States Marshal. Plaintiff shall submit the necessary materials to the United States Marshall within thirty (30) days of being served with this order.

5. Within thirty (30) days of receiving the necessary materials from plaintiff, the United States Marshal is directed to serve process on defendants City of Fairfield; William Gresham; Officer Blacklock; Officer Lenke; Officer Walsh; and Officer Tojanowski, Jr.

DATED: April 28, 2005.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:th
ddad1\orders.prose\farr.ifp.serve

2