IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SOLOMON FARR,

    Plaintiff,                    No. CIV S-05-0847 GEB DAD PS

  vs.

CITY OF FAIRFIELD, et al.,

    Defendants.                ORDER

_____/

        Plaintiff, proceeding pro se, filed the above-entitled action.  The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

        On June 7, 2005, the magistrate judge filed findings and recommendations herein which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within twenty days.

        Although plaintiff failed to file objections to the findings and recommendations, it is unclear whether plaintiff has been served with documents in this case.  When plaintiff

1

submitted his Application to Proceed In Forma Pauperis ("IFP Application") and his Complaint, each document had a different address.  The address in the IFP Application has been the address used for service.  Service should be attempted to the address on Plaintiff's Complaint.

Therefore, the Clerk of Court is ordered to re-serve the Order filed April 29, 2005, at the address on plaintiff's Complaint.

IT IS SO ORDERED.

Dated:  July 22, 2005

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge

2