IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SOLOMON FARR,                               No. CIV.S-05-0847 GEB DAD PS

      Plaintiff,

  v.                                        <u>FINDINGS AND RECOMMENDATIONS</u>

CITY OF FAIRFIELD, et al.,

      Defendants.
_____/

      Plaintiff, proceeding in this action pro se, initiated this action by filing an application to proceed in forma pauperis on October 4, 2004. The matter was referred to a United States Magistrate Judge by Local Rule 72-302(21) pursuant to 28 U.S.C. § 636(b)(1).

      By order filed April 29, 2005, plaintiff's application to proceed in forma pauperis was granted and the Clerk of the Court was directed to file plaintiff's complaint and open this matter as a civil action. In addition, plaintiff was directed to submit the necessary materials for service to the United States Marshal within thirty days.

1

1        Plaintiff was properly served with the April 29, 2005, order
2   both at the address listed on his application to proceed in forma
3   pauperis and the address listed on his complaint.  The copy of the
4   order served on the former address was returned as undeliverable on
5   May 6, 2005.[1]  The copy served on the address listed on the complaint
6   has not been returned, but this second copy was served over thirty
7   days ago and plaintiff has not responded to the order.
8        Accordingly, plaintiff having failed to submit the necessary
9   materials for service to the United States Marshal as directed, the
10  court HEREBY RECOMMENDS that this action be dismissed without
11  prejudice.  See L.R. 11-110; Fed. R. Civ. P. 41(b).
12       The Clerk of the Court is hereby directed to serve these
13  findings and recommendations on both addresses for plaintiff referred
14  to herein.
15       These findings and recommendations are submitted to the
16  United States District Judge assigned to the case, pursuant to the
17  provisions of 28 U.S.C. § 636(b)(1).  Within twenty days after being
18  served with these findings and recommendations, plaintiff may file
19  written objections with the court.  Such a document should be
20  captioned "Objections to Magistrate Judge's Findings and
21  Recommendations."  Plaintiff is advised that failure to file
22  objections within the specified time may waive the right to appeal the
23  /////

---

[1] It is the plaintiff's responsibility to keep the court apprised of his current address at all times.  Pursuant to Local Rule 83-182(f), service of documents at the record address of the party is fully effective.

2

District Court's order. <u>See</u> <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

DATED: September 8, 2005.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:th
ddad1/orders.prose/farr0847.f&r.dism.2

3